```
LAWRENCE G. BROWN
Acting United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　 )<br>　　　　　　　Plaintiff,　　 )<br>　　　　　　　　　　　　　　 )<br>v.　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>LAUREE L. WARD　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>　　　　　　　Defendant.　　 )<br>　　　　　　　　　　　　　　 )<br>_____) | CASE NO. 1:09-MJ-00007-DLB<br><br>[PROPOSED] ORDER GRANTING<br>PLAINTIFF'S REQUEST FOR SUMM0NS<br><br>Date:　　　　May 14, 2009<br>Time:　　　　10:00 a.m.<br>Courtroom:　Duty Magistrate |

　　　On February 20, 2009, plaintiff requested summons of defendant, LAUREE L. WARD.  IT IS HEREBY ORDERED, that plaintiff's request for summons is granted.

　　　IT IS SO ORDERED.

　　　**Dated:　February 24, 2009**　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1