BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:09-MJ-00007-DLB |
|---|---|
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL |
| LAUREE L. WARD, | |
| Defendant. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Brian W. Enos, Assistant United States Attorney, hereby moves to dismiss the Information filed against Lauree L. Ward on or about January 9, 2009, without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: January 24, 2014                Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                 By:   /s/ Brian W. Enos
                                       BRIAN W. ENOS
                                       Assistant U.S. Attorney

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>O</u> <u>R</u> <u>D</u> <u>E</u> <u>R</u>

IT IS HEREBY ORDERED that the Information filed on January 9, 2009, against Lauree L. Ward, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **January 24, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

2